MIKE BROWN & FRANK MANDIA v. MAYOR AND COUNCIL, BUILDING INSPECTOR AND PLANNING BOARD OF BOROUGH OF SEASIDE PARK, ET AL.

September 6, 1989.

Petition for certification denied.

SALLY FRANK v. IVY CLUB & TIGER INN AND TRUSTEES OF PRINCETON UNIVERSITY.

September 6, 1989.

Petition for certification granted. (See 228 *N.J.Super.* 40).

LOUIS P. BARBATO, JR., ET AL. v. BOROUGH OF NETCONG.

September 6, 1989.

Petition for certification denied.

SILVIO C. LONGO v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM.

September 6, 1989.

Petition for certification denied.